UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 4:17-cv-2197-JAR ) |
| KELLY MARIE SIMLER, et al. | ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Acuity, A Mutual Insurance Company, Defendants Kelly Simler, Scott Simler, Dubuque Paint Equipment Services, Inc., Linda Gartner, Terrell Guy, State Farm Fire and Casualty Company, and LM General Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of LM General Insurance Company from this action, with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**SEYFERTH BLUMENTHAL & HARRIS LLC**

*/s/ Bruce A. Moothart*
Bruce A. Moothart, # 45517MO
4801 Main Street, Suite 310
Kansas City, Missouri 64112
(816) 756-0700 (Telephone)
(816) 756-3700 (Facsimile)
bruce@sbhlaw.com
***Attorney for Defendant LM General Insurance Company***

So Ordered
John A. Ross
8/6/2018

1

/s/ Christopher P. Leritz
Christopher P. Leritz
LERITZ & PLUNKERT, P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
(314) 231-9600 (Telephone)
(314) 231-9480 (Facsimiler)
cleritz@leritzlaw.com
**Attorney for Plaintiff Acuity**

/s/ E. Ryan Bradley
E. Ryan Bradley, #53777MO
Julia M. Kerr, #50530MO
Patrick T. Hinricks, #62953MO
THE BRADLEY LAW FIRM
1424 Washington Avenue, Suite 300
St. Louis, Missouri 63103
(314) 721-9111 (Telephone)
(314) 255-2765 (Facsimile)
Ryan@thebradleylawfirm.com
julia@thebradleylawfirm.com
patrick@thebradleylawfirm.com
**Attorney for Defendants Kelly Simler and Scott Simler**

/s/ Brent E. Labovitz
Brent E. Labovitz, #61468MO
Scott L. Kolker, #44161MO
DEFEO & KOLKER, LLC
7700 Bonhomme Avenue, Suite 350
Clayton, Missouri 63105
(314) 727-4529 (Telephone)
(314) 727-8529 (Facsimile)
bel@defeokolker.com
slk@defeokolker.com
**Attorneys for Defendant Linda Gartner**

2

/s/ Dean A. Stark
Debbie S. Champion, #38637MO
Dean A. Stark, #46948MO
RYNEARSON, SUESS, SCHNURBUSCH,
CHAMPION, LLC.
500 N. Broadway, Suite 1550
St. Louis, Missouri 63102
(314) 421-4430 (Telephone)
(314) 421-4431 (Facsimile)
dchampion@rssclaw.com
dstark@rssclaw.com
**Attorneys for Defendants Linda Gartner
and State Farm Fire & Casualty Co.**

/s/ Michael W. Shelton
Michael W. Shelton, #45835MO
O'LEARY, SHELTON, CORRIGAN, PETERSON,
DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd.
Penthouse-1A, 23rd Floor
St. Louis, Missouri 63117
(314) 405-9000 (Telephone)
(314) 405-9999 (Facsimile)
shelton@osclaw.com
**Attorney for Defendant Terrell Guy**

/s/ Erica B. Slater
Erica B. Slater, #63716MO
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929 (Telephone)
(314) 241-2029 (Facsimile)
eslater@simonlawpc.com
**Attorney for Defendant Dubuque Paint
Equipment Services, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which sent electronic notice of the filing to all counsel of record.

/s/ Bruce A. Moothart
**Attorney for Defendant LM General
Insurance Company**